IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HECTOR VARGAS TORRES,        :
                             :
    Plaintiff                :
                             :
    v.                       :   CIVIL NO. 4:CV-16-1257
                             :
LIEUTENANT SWITZER, ET AL.,  :   (Judge Brann)
                             :
    Defendants               :

**ORDER**

June 27, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT;**

  1. Plaintiff's in forma pauperis motion is construed as a motion to proceed without full prepayment of fees and costs and the motion is **GRANTED**.[1]

  2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of

---

[1] The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

1

      Pennsylvania.

3.     Plaintiff's motion (Doc. 3) seeking appointment of counsel to the extent that it seeks relief from this Court is **DISMISSED AS MOOT**.

4.     The Clerk of Court is directed to mark this case in this Court **CLOSED**.

      BY THE COURT:

        s/ Matthew W. Brann
      Matthew W. Brann
      United States District Judge